

# NUMBERS 13-25-00061-CR, 13-25-00062-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **CHAD WAGNER BUKY,** | **Appellant,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellee.** |

## ON APPEAL FROM THE CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Peña**

These causes are before the Court on appellant's motion to dismiss the appeals.[1]

The motion was signed by the appellant and his attorney. We find the motion meets the

requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney

---

[1] These cases are before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the motion to dismiss is granted. Without passing on the merits of the cases, the appeals are hereby dismissed. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
3rd day of April, 2025.